JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MORRISON, | CASE NO. CV 07-04522 JFW (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOSEPH K. WOODRING, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 8/5/08

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE